1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Chris Carson, Esq., SBN 280048
   Dennis Price, Esq., SBN 279082
3  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
4  (858) 375-7385
5  (888) 422-5191 fax
   amandas@potterhandy.com
6  Attorneys for Plaintiff

7  ERICA L. ROSASCO (SBN: 220836)
   erica@mckaguerosasco.com
8  ADRIAN M. HOPPES (SBN:288477)
   McKAGUE | ROSASCO LLP
9  1217 Pleasant Grove Blvd., Suite 120
   Roseville, California 95678
10 Telephone: (916) 672-6552
   Facsimile: (916) 672-6563
11 Attorneys for Defendants
12 Don T. Arita, Aiko P. Arita and Central Coast Hardware, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>DON T. ARITA, in individual and representative capacity as trustee of the Arita Family 1987 Trust; AIKO P. ARITA, in individual and representative capacity as trustee of the Arita Family 1987 Trust; CENTRAL COAST HARDWARE, INC., a California Corporation; and Does 1-10,<br><br>   Defendants. | Case: 5:19-CV-06165-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 30, 2020          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: June 30, 2020          McKAGUE | ROSASCO LLP

By: /s/ Adrian M. Hoppes
    Erica L. Rosasco
    Adrian M. Hoppes
    Attorneys for Defendants
    Don T. Arita, Aiko P. Arita and Central Coast Hardware, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Erica L. Rosasco counsel for Don T. Arita, Aiko P. Arita and Central Coast Hardware, Inc., and that I have obtained Ms. Rosasco's authorization to affix her electronic signature to this document.

Dated: June 30, 2020             CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff