CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

ERICA L. ROSASCO (SBN: 220836)
erica@mckaguerosasco.com
ADRIAN M. HOPPES (SBN:288477)
McKAGUE | ROSASCO LLP
1217 Pleasant Grove Blvd., Suite 120
Roseville, California 95678
Telephone: (916) 672-6552
Facsimile: (916) 672-6563
Attorneys for Defendants
Don T. Arita, Aiko P. Arita and Central Coast Hardware, Inc.

APPROVED
Judge Edward J. Davila
6/30/2020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case: 5:19-CV-06165-EJD |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| DON T. ARITA, in individual and representative capacity as trustee of the Arita Family 1987 Trust; AIKO P. ARITA, in individual and representative capacity as trustee of the Arita Family 1987 Trust; CENTRAL COAST HARDWARE, INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 30, 2020        CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: June 30, 2020        McKAGUE | ROSASCO LLP

By: /s/ Adrian M. Hoppes
    Erica L. Rosasco
    Adrian M. Hoppes
    Attorneys for Defendants
    Don T. Arita, Aiko P. Arita and Central Coast Hardware, Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Erica L. Rosasco counsel for Don T. Arita, Aiko P. Arita and Central Coast Hardware, Inc., and that I have obtained Ms. Rosasco's authorization to affix her electronic signature to this document.

Dated: June 30, 2020             CENTER FOR DISABILITY ACCESS

                                        By: /s/ Amanda Seabock
                                            Amanda Seabock
                                            Attorneys for Plaintiff